UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN J. TOLIVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLEAR RECON CORP.,<br><br>　　　　　Defendant. | No. 2:24-cv-2139-KJM-SCR<br><br><br>ORDER |

　　　　Plaintiff is proceeding pro se in this matter, which was referred to a United States Magistrate Judge as provided by Local Rule 302(c)(21) and 28 U.S.C. § 636.

　　　　On April 29, 2025, the magistrate judge filed findings and recommendations, which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. ECF No. 7. After the findings and recommendations were filed, Plaintiff filed an untimely opposition (ECF No. 8) to the motion to dismiss, which the court construes as an objection.

　　　　In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a de novo review of this case. Having reviewed the file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

/////

/////

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed April 29, 2025, are adopted in full;

2. Defendants' motion to dismiss (ECF No. 4) is GRANTED and the Complaint (ECF No. 1) is dismissed, with leave to amend; and

3. The matter is referred back to the Magistrate Judge for further proceedings, and Plaintiff is allowed 21 days from the date of this Order to file a First Amended Complaint.

DATED: July 7, 2025.

UNITED STATES DISTRICT JUDGE

2