UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VIVIAN J. TOLIVER,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CLEAR RECON CORP.,<br><br>　　　　　Defendant. | No. 2:24-cv-02139-KJM-SCR<br><br><br>ORDER TO SHOW CAUSE |

　　　　Plaintiff is proceeding in this matter pro se, which is referred to the undersigned pursuant to Local Rule 302(c)(21) and 28 U.S.C. § 636. On July 8, 2025, District Judge Mueller entered an Order (ECF No. 9) adopting the Findings and Recommendations (ECF No. 7), and granting Defendant's motion to dismiss. The Order dismissed Plaintiff's complaint and allowed Plaintiff 21 days to file an amended complaint. Accordingly, an amended complaint was due by July 29, 2025. Plaintiff has not filed an amended complaint.

　　　　Accordingly, **IT IS HEREBY ORDERED** that:

1. Plaintiff **shall show cause, in writing, within 14 days of the date of this Order**, why the Court should not recommend that the action be dismissed for failure to prosecute.
2. Plaintiff may respond by filing a First Amended Complaint that complies with the Court's prior Findings and Recommendations (ECF No. 7). In particular, the Court stated:
    (a) "If Plaintiff chooses to file an amended complaint, it shall comply with Rule 8. Additionally, Plaintiff shall comply with Rule 10(b) of the

1

        Federal Rules of Civil Procedure and state her claims in separately numbered paragraphs. Plaintiff shall also clearly delineate the causes of action she is attempting to assert as "counts" or "claims" and set forth sufficient facts to establish a plausible claim as to each cause of action asserted." ECF No. 7 at 4.

    (b) "Plaintiff's amended complaint should be clearly labeled as the "First Amended Complaint" and must not refer to a prior pleading in order to make plaintiff's amended complaint complete. An amended complaint must be complete in itself without reference to any prior pleading." *Id*. at 5.

3. If Plaintiff fails to respond, the court will recommend dismissal of this case. *See* Fed. R. Civ. P. 41(b); Local Rule 110.

SO ORDERED.

DATED: August 7, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE