1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    VIVIAN J. TOLIVER,                          No.  2:24-cv-2139-KJM-SCR

12                 Plaintiff,

13         v.                                      ORDER

14    CLEAR RECON CORP.,

15                 Defendant.

16

17         Plaintiff is proceeding pro se in this matter, which was referred to the magistrate judge

18    under Local Rule 302(c)(21) and 28 U.S.C. § 636(b)(1).

19         On September 3, 2025, the magistrate judge filed findings and recommendations, which

20    were served on all parties and which contained notice to all parties that any objections to the

21    findings and recommendations were to be filed within fourteen days.  ECF No. 11.  Neither party

22    has filed objections to the findings and recommendations.

23         The court presumes that any findings of fact are correct.  *See Orand v. United States*,

24    602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de

25    novo.  *See Robbins v. Carey*, 481 F.3d 1143, 1147 (9th Cir. 2007) ("[D]eterminations of law by

26    the magistrate judge are reviewed de novo by both the district court and [the appellate] court

27    . . . .").  Having reviewed the file, the court finds the findings and recommendations to be

28    supported by the record and by the proper analysis.

                                             1

1    Accordingly, IT IS HEREBY ORDERED that:

2      1.  The findings and recommendations filed September 3, 2025, are adopted in full;

3      2.  This action is dismissed without prejudice; and

4      3.  The Clerk shall enter judgment and close this file.

5    DATED:  October 17, 2025.

6

7    _____
     UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28